UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THERESA L. DUKES,<br>    *Plaintiff,*<br><br>v.<br><br>ERIC COX, JOE SCHMIDT and<br>JEFF SEGO,<br>    *Defendants.* | Case No. 1:09-cv-01440 JMS-DML |

## MOTION TO CORRECT ERROR AND ALTERNATIVELY FOR RELIEF FROM JUDGMENT

Comes now the Plaintiff, Theresa L. Dukes, pro se, and files her Motion to Correct Error and Alternatively for Relief and Objection from Judgment and in support thereof state as follows:

1. On May 15, 2015 this court entered an Order for Final Judgment dismissing plaintiff's case.

2. The Court erred in dismissing the plaintiff's case.

3. The Court's Order states inconsistencies with fact and restates false representations previously made by the defendants' pleadings as facts in this matter.

4. Additionally the Court erred in appointing plaintiff to represent herself pro se after her counsel was removed due to his incapacity for an undisclosed terminal illness and treatment.

5. Prior to the Court's dismissal plaintiff had filed numerous motions with the Court (and incorporates those Motions herein) seeking relief due to her well documented (plaintiff had filed numerous notarized Affidavits and medical documentation from treating physicians with the Court) and continuing medical condition, evidencing her inability to fully participate, and lack of competency or capacity and disability to perform the difficult work necessary to present the complex relevant legal issues (and address the defendants continued obstruction of discovery documents and other issues) for pro se representation in this complex civil rights litigation and to conduct a four day trial. The Court denied the plaintiff's motions.

1

6. The plaintiff requested to file additional medical documentation for "in camera" review by the Court and was denied and threatened to sanction the plaintiff if she filed the medical documentation. The Court had contradicted a previous Order protecting plaintiff's confidential health care information.

7. The basis of the subject matter of this litigation is the plaintiff was a witness of the federal crimes of postal theft, etc. for which she stepped forward and reported to the authorities. Shortly thereafter she was (unlawfully) an innocent victim of a violent assault in her bedroom by the defendants. She was charged with fabricated crimes. She was incarcerated in a freezing isolation cell for six days and faced nearly three years as a criminal defendant before all criminal charges were dropped just before her criminal jury trial. The plaintiff filed this pro se civil rights complaint with the Court on the two year anniversary of the assault with no attorney assistance.

WHEREFORE, the Plaintiff, Theresa L. Dukes, pro se, respectfully requests this Court to grant her Motion to Correct Error and Alternatively for Relief and Objection from Judgment.

Respectfully Submitted,

*Theresa L. Dukes*

Theresa L. Dukes, Plaintiff, pro se
P. O. Box 141
Indianapolis, IN 46206
Ph. # 317.782.5753

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed by hand delivery via messenger with the Clerk of Court and a copy of this filing forwarded by US Mail to the following on this 12th day of June, 2015.

Kelly J. Pautler
April A. Wilson
Indiana Office of the Attorney General
IGCS, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204

William W. Barrett
Daniel J. Layden
Williams, Barrett & Wilkowski, LLP
600 North Emerson Ave.
Greenwood, IN 46142

*/s/ Theresa L. Dukes*
Theresa L. Dukes, Plaintiff, Pro Se