UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

15 AUG 19 PM 2:34

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
BY: FOY

| | |
|---|---|
| THERESA L. DUKES,<br>*Plaintiff,* | )<br>)<br>) |
| v. | ) Case No. 1:09-cv-01440 JMS-DML |
| ERIC COX, JOE SCHMIDT and<br>JEFF SEGO,<br>*Defendants.* | )<br>) NOTICE OF APPEAL<br>)<br>) |

## NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF DISTRICT COURT

Notice is hereby given that Theresa L. Dukes, Plaintiff, pro se, in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order Granting Monetary Sanctions (Dkt.124), Order Granting Motion for Partial Summary Judgment (Dkt.206), Order (Dkt.348), and Final Judgment (Dkt.349), Order (Dkt.354) and Bill of Costs (Dkt.355) entered in this action on the 22nd day of July, 2015.

Date: August 19, 2015

*/s/ Theresa L. Dukes*

Theresa L. Dukes, Plaintiff, Pro Se
Post Office Box 141
Indianapolis, IN 46206
Ph. # 317.782.5753

1


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed by hand delivery via messenger with the Clerk of Court and a copy of this filing forwarded by U.S. Mail to the following on this 19th day of August, 2015.

Kelly J. Pautler
April A. Wilson
Indiana Office of the Attorney General
IGCS, 5th Floor
302 W. Washington St.
Indianapolis, IN 46204

William W. Barrett
Daniel J. Layden
Williams, Barrett & Wilkowski, LLP
600 North Emerson Ave.
Greenwood, IN 46142

*[signature]*
Theresa L. Dukes, Plaintiff, Pro Se